UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ERICK FLORES-RIVERA,              :
                                  :
    Petitioner                    :
                                  :
v.                                : CIVIL NO. 3:CV-15-0083
                                  :
DAVID EBBERT,                     : (Judge Kosik)
                                  :
    Respondent                    :

## ORDER

AND NOW, THIS 23rd DAY OF JANUARY, 2015, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Petitioner's application to proceed in forma pauperis (Doc. 3) is **granted** for the sole purpose of filing this action.

2. The petition for writ of habeas pursuant to 28 U.S.C. § 2241 is **dismissed for lack of jurisdiction** and without prejudice to Petitioner seeking leave from the United States Court of Appeals for the First Circuit to file a second or successive 28 U.S.C. § 2255 motion.

3. The Clerk of Court is directed to **close this case**.

EDWIN M. KOSIK
United States District Judge